1 | JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST. SUITE 111
2 | COSTA MESA, CA 92627
Telephone: (949) 722-0055
3 | Fax: (949) 722-8416

4 | Attorney for: PLAINTIFF

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 08-04724 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Miriam B. Galvan, aka | |
| Miriam Deanda, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Miriam B. Galvan, aka Miriam Deanda, in the principal amount of $2,761.77 plus interest accrued to August 11, 2008, in the sum of $2,999.45; with interest accruing thereafter at 8.09% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$5,761.22**.

DATED: 9-8-2008

By: /s/ Allen Abersman
acting Clerk of the Court

D. Rayford
Deputy Clerk
United States District Court

Page 5